```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05771
   JEFFERY W CAGE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5107

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/31/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED         635.68          .00           .00
CAVALRY INVESTMENTS       UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         820.64          .00           .00
VILLAGE OF BRIDGEVIEW     UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING   SPECIAL CLASS    1740.00          .00           .00
CITY OF JOLIET            NOTICE ONLY    NOT FILED          .00           .00
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED         .00           .00
GENERAL SERVICE BUREAU    UNSECURED       NOT FILED         .00           .00
ILLINOIS SECTRETARY OF S  NOTICE ONLY    NOT FILED          .00           .00
STATE COLLECTION SERVICE  UNSECURED       NOT FILED         .00           .00
THORNTON FINANCIAL SERVI  UNSECURED       NOT FILED         .00           .00
TORRES CREDIT SERVICES    UNSECURED       NOT FILED         .00           .00
CITY OF BRIDGEVIEW        SPECIAL CLASS  NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED         .00           .00
CITY OF JOLIET            SPECIAL CLASS  NOT FILED          .00           .00
CITY OF JOLIET            SPECIAL CLASS  NOT FILED          .00           .00
CITY OF JOLIET            SPECIAL CLASS  NOT FILED          .00           .00
ALLIANCEONE RECEIVABLES   UNSECURED         988.00          .00           .00
COMMONWEALTH EDISON       UNSECURED         528.34          .00           .00
ROUNDUP FUNDING LLC       UNSECURED        5982.96          .00           .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY      2,600.00                     517.21
TOM VAUGHN                TRUSTEE                                        37.79
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    555.00

PRIORITY                                          .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05771 JEFFERY W CAGE
```

```
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                      517.21
TRUSTEE COMPENSATION                                                 37.79
DEBTOR REFUND                                                          .00
                                          ----------------  ----------------
TOTALS                                              555.00            555.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
Dated: 04/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```